In the Matter of MARIE LA BORIE, Petitioner, v. RICHARD HABES, Respondent.

Justice of the Peace Court, Town of Webster, January 7, 1967.

*John C. Little, District Attorney (Henry R. Dutcher* of counsel), for petitioner. *Homer Marks* for respondent.

C. BENN FORSYTH, J. The respondent has demanded a jury trial in this proceeding pursuant to section 116 of the Agriculture and Markets Law. It has been held that the respondent is not entitled to a jury trial under the provisions of the Agriculture and Markets Law (*Rueffer* v. *Department of Agriculture & Markets,* 164 Misc. 803).

Proceedings under section 116 have been held to be a special civil proceeding (*Matter of Foote,* 129 Misc. 2). However, it is the opinion of this court that, even as such, they do not fall within the preservation of a right to a jury trial, as is fully set forth in CPLR 4101.

The statute, section 116 of the Agriculture and Markets Law, specifically states that the Justice of the Peace "shall inquire into the complaint" and "If satisfied, from such inquiry, that the dog is a dangerous dog, such justice or magistrate shall order". It is the opinion of this court that it was the intention of the Legislature that such inquiry should be made by the Justice of the Peace without a jury and that this in no way conflicts with any other provision of law.

It is therefore the order of this court that this matter be set down for a hearing on January 17, 1967, at 8:00 P.M. at the Webster Town Hall, said hearing to be held without a jury.